FILED

## UNITED STATES DISTRICT COURT
## THE MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

2022 MAY 23  PM 2: 09

COURT
DISTRICT OF FLORIDA
ORLANDO, FLORIDA

Lynda Power )
)
)
)
Plaintiff, )
)
v. )
)
)
Chromadex, Inc. )
)
)
Defendants. )
)
)

**AMENDED
COMPLAINT # 2**

Case No. 6-22-cv-747-RBD-LHP

## AMENDED COMPLAINT # 2

## STATUTE OF LIMITATIONS

1. Plaintiff is within the 4 year SOL for both Personal Injury and Product Liability pursuant to **F.S.A. §95.11**.

## JURISDICTION

2. The Court has jurisdiction over the subject matter and parties in this case

as a Civil Action may be brought in Federal District Court when the Plaintiffs and Defendants reside in different states and/or the amount of compensation at issue amounts to or exceeds $75,000 dollars.  **28 U.S.C. § 1332(a)(1).**

**§1332** - Diversity of Citizenship; amount in controversy; costs

**(a)** The district courts shall have original jurisdiction of all civil actions where the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs, and is between –

**(1)** citizens of different States

3. For verification of plaintiff's domicile, in Palm Bay, Florida, the following Exhibits are included:

- Voter Registration, (Exhibit A),
- Property Taxes, (Exhibit B),
- a Utility Bill, (Exhibit C)

4. To Determine Citizenship of a Corporation, the following Exhibits are included:

- The "California Secretary of State – Corporation – Statement of Information" Form (identifying the defendants "principle office in California"), (Exhibit D),

- "Articles of Incorporation" establishing the State of California as being defendants' state of incorporation, (Exhibit E)

- and finally the United States Securities and Exchange Commission – Form S-1 Registration Statement - establishing the registrant's principal *Executive* office in the State of California - is newly *added* herein as well (Exhibit F).

2

5. In 2010 <u>The United States Supreme Court</u> held that the phrase "principal place of business" in the federal diversity jurisdiction statute refers to a corporation's "nerve center" or the place where the corporation's high level officers direct, control, and coordinate the corporation's activities". Hertz Corp. v. Friend, 559 U.S.77, 130 S. Ct. 1181, 175 L. Ed. 2d 1029 – Supreme Court, 2010.

6. Under this test, the corporation's principal place of business will usually, if not always, be the State in which its executive headquarters are located.

7. Although other "tests" had been used in the past by other Courts to determine "principal place of business" for "diversity" purposes, this decision by the Supreme Court provided clarity by increasing the consistency of the determination of a corporation's principal place of business.

8. This "nerve center test" had been used in the past, as well, in particular by the 7th Circuit, whereby it stated a "corporation has a single, principal place of business where its executive headquarters are located".  Metropolitan Life Ins.Co. v. Estate of Cammon 929 F. 2d 1220, 1223 (7th Cir. 1991).

9. Overall, if a corporation's headquarters and executive offices were in the same State, the "test" seemed straightforward – the principal place of business was in that State.   See Long v. Silver 248 F. 3d 309, 314-315 (C.A. 4 2001).

3

10. Things only became complicated when determining "principal place of business" when a corporation had several offices in several States, and the operations of the company were considered "far flung". Not so, with Chromadex.

11. With Chromadex, it is much more simple.  This corporation has its principal offices in the State of California – its headquarters, its executive office, etc.  California is the State of its Incorporation, as well.  All of the corporations' officers are listed as residing in the State of California.  Chromadex has no offices in Florida, where plaintiff's domicile has been established.  Therefore, it is not *only* the "principal office" listed herein, that is being relied upon to establish this corporation's citizenship as being within the State of California.

12.  Since citizenship of a corporation is determined by both its state of incorporation and the state of its principal place of business, both of these requirements should be easily met in this matter. Therefore, establishing "diversity of citizenship" in this particular case should be very straightforward.

## **VENUE**

13. Venue is proper in this Court, as the Plaintiff resides in this district, with a substantial part of the events giving rise to the claim having occurred in this district. **28 U.S.C. §1391(b**).

4

## PARTIES

14. Plaintiff : Lynda Power

15. Defendants:  ChromaDex, Inc., including any other name used to identify this Company, any and all Parent Companies, any and all other parties having played a role in the chain of distribution of the product "TruNiagen", including, but not limited to, Manufacturers, Marketers, Wholesalers, Retailers.

## NATURE OF THIS ACTION

16. This is a Claim based upon Product Liability, Personal Injury, Strict Liability and Negligence.

17.                                        **STATUTES**

**F.S.A. § 95.11** – Statute of Limitations – 4 years for Personal Injury and Product Liability

**Title XLV, TORTS – Chapter 768 - Negligence**

**F.S.A. §768** – Negligence

**F.S.A. §768.81**  Comparative Fault.

(1) Definitions.

**(b)** For purposes of this section, "negligence cases" includes, but is not limited to, civil actions for damages based upon theories of negligence, strict liability, products liability, professional malpractice whether couched in terms of contract or court, or breach of warranty and like theories.

5

(d) "Products liability action" means a civil action based upon a theory of strict liability, negligence, breach of warranty, nuisance, or similar theories for damages caused by the manufacture, construction, design, formulation, installation, preparation, or assembly of a product.

## INTRODUCTION

18.(<u>Preface</u> - A few months after the sudden health crisis began, the Company that manufactures and sells "TruNiagen", Chromadex, Inc., was contacted by Plaintiff and informed of the consequences suffered after taking Niagen. The Company Representative spoken to provided the case a "number", as follows: <u>Case # 2018-US-011-014</u>).

<u>Sudden Health Crisis Immediately after taking Niagen</u>

19. For almost 4 years Plaintiff has been struggling with varying degrees of distressing physical symptoms – some even life threatening and requiring emergency room care and subsequent hospitalization – all of which began very suddenly - exactly 2 ½ weeks after beginning to take Chromadex's "Tru Niagen".

20. Prior to this time, Plaintiff had been very healthy in every regard, with an excellent health regimen well above the average.

21. There had been no other change in lifestyle at this particular time, when TruNiagen was incorporated into Plaintiff's health regimen. There had been no

other supplement added at, or near, this time-frame, as well. There had been no other change in diet or exercise routine. There had been no other change in any aspect of personal life.

22. Overall, things were going quite well at that time, health-wise as well as otherwise, with much promise for the future in every regard. TruNiagen changed all of this, very suddenly, and very dramatically, by causing direct and immediate damage to the Autonomic Nervous System, resulting in sudden and immense dysfunction to every aspect of Plaintiff's life.

23. The nervous system can take years, if ever, to heal, and any disorder/dysfunction – or direct damage - to the nervous system – especially the Autonomic Nervous System - can be potentially life-threatening, as well.

24. As it still stands now, the nervous system damage, inflicted a few years ago, has still not yet sufficiently healed, and therefore renders Plaintiff still dealing with the effects in many ways – physically, emotionally and financially.

25. The product is simply not safe for many individuals; it is certainly not without inherent risks, and as will be demonstrated, the product was the proximate cause of Plaintiff's medical crisis.

26. Buying and using a Company's product(s) come with the implicit trust

7

that these items are generally safe to use when they are used properly for their

intended purposes. This was not to be the case with Niagen.

## CAUSES OF ACTION

## COUNT I

## NEGLIGENCE

27. Chromadex Inc was negligent in <u>failing to do thorough product testing</u>

before releasing TruNiagen, especially before engaging in such an intense

promotional campaign.

28. The Company is also guilty of a <u>breach of warranty</u>, being negligent in

keeping the implied promise that exists between manufacturers and consumers –

that a product is safe to use if operated within intended purposes. As a result of

defendants' negligence, plaintiff sustained significant personal injuries as well as

substantial and prolonged emotional and physical suffering directly due to

TruNiagen, described herein.  (Paragraphs <u>54-56</u>, <u>61</u>, <u>65-71</u>, <u>72-73</u>, <u>76</u>, <u>79</u>, <u>80</u>, <u>81</u>,
<u>82-92</u> and <u>93-99</u> – specifically describe the medical emergencies and emotional
and physical suffering endured abruptly after ingesting Niagen).  ("Facts of the
Case", in its entirety, describe how the events unfolded from start to finish,
Paragraphs 45-100.).

## COUNT II

## STRICT LIABILITY – PRODUCT LIABILITY

29. TruNiagen was <u>defective</u>, in that it was inherently unreasonably

dangerous by virtue of its novel constituents without sufficient testing.

30. The "<u>Consumer-Expectations Test</u>" holds that a product is unreasonably

dangerous if it does not perform safely within normal and intended use as

expected by the average consumer.

31. Due to the inherent danger of Niagen, plaintiff suffered the personal
injuries described in detail herein.  (<u>Paragraphs</u> <u>54-56</u>, <u>61</u>, <u>65-71</u>, <u>72-73</u>, <u>76</u>, <u>79</u>,
<u>80</u>, <u>81</u>, <u>82-92</u> and <u>93-99</u> – specifically describe the medical emergencies and
emotional and physical suffering endured abruptly after ingesting Niagen,
supporting the assertion that this is a product that does not perform safely within
normal and intended use by the average consumer, being therefore defective and
unreasonably dangerous for many.)  ("Facts of the Case", in its entirety, describe
how the events unfolded from start to finish, Paragraphs 45-100.),

## COUNT III

## STRICT PRODUCTS LIABILITY: FAILURE TO WARN

32. The <u>marketing</u> of TruNiagen was defective due to the manufacturer's

<u>failure to indicate adequate warnings</u> that would have allowed the plaintiff to

exercise caution in determining whether or not to purchase this product, in the

first place. These were obvious risks that could have been avoided had

Chromadex successfully issued appropriate warnings about the product's

inherent risks.

<u>American National Standards Institute</u>

33. According to the ANSI, warning labels should fulfill the following
purposes :

- Inform the Consumer of existing risks, and their severity
- Inform the Consumer of the possible adverse effects of the given risk
- Let the Consumer know how to avoid the risks involved with using the
product

<u>Misleading Advertisements</u>
<u>Insufficient Testing and Inadequate Warnings</u>

34. In the Spring of 2018, uninvited advertisements promoting Niagen began

popping up repeatedly on Plaintiff's laptop computer – ads which turned out to

be very misleading – leading one to believe that this was a supplement with

virtually little or no risk.

35. TruNiagen was FDA approved and described in various ads and articles

as a very benign "B Vitamin" - leaving one feeling that one could most certainly

believe a *mere Vitamin* to be safe. Nothing weird, or completely unheard of, or

sounding like the steroids that some athletes take. But the fact of the matter

10

was, that taking this supplement was definitely treading on unproven territory – very unproven territory. Which would be fine – if it had been adequately tested first, and if sufficient warning was given as to any risk.

36. Since TruNiagen was described as being capable of boosting NAD+ levels while maintaining or renewing the health of cells – thereby resulting in amazing health benefits – it sounded rather enticing. *If* that was indeed the truth – it was certainly not the *whole truth* – about what Niagen was actually capable of doing to one's body, to one's nervous system.

37. It was implied that Niagen had been thoroughly tested on *humans* and proved not only very safe, but effective in maintaining and renewing cell health. Only in recent times was it learned by Plaintiff that very little testing had actually been done on humans, in fact primarily on mice - with the underlying truth being that the large number of unsuspecting customers that Chromadex acquired in 2018 after their heavy sales promotion of this product at that particular time – were in effect, the Company's *real* (human) Guinea Pigs.

38. Although TruNiagen has since been shown to be unsafe for many individuals, regardless of age or health status, it has shown to be especially so for those with "autoimmune conditions". Since there exists a *verifiable epidemic* of

11

"autoimmune conditions" affecting our society, of varying types and varying magnitudes, the insufficient warnings affected a *significant* number of the general public.

39. However, not just those consumers with autoimmune issues were adversely affected by Niagen, but even many individuals without any medical conditions suffered serious side-effects from this supplement, as well – with everyone being unaware as to the very real risks that Niagen posed to their health and well-being – thanks to inadequate warnings by Chromadex, Inc.

40. It is obviously common practice for companies to issue sufficient warnings regarding their supplements - within their ads and upon the labels of the bottles, even ones tried and true and proven safe for many (such as the oft mentioned "warning" on labels to pregnant woman on innumerable products considered safe for others). It appears unusual that Chromadex did not exercise the very standard procedure of issuing sufficient warnings on their product, especially since it was brand new, not sufficiently tested, and not considered a standard supplement. The Company clearly fell below the "standard of care" expected, in this regard.

41. The lack of warning, lack of sufficient testing, combined with misleading advertisements emphasizing Niagen's pronounced health benefits, served to entice plaintiff to purchase a supposedly benign product to reap its health benefits – which would not have been purchased if actually forewarned of the inherent dangers.

42. Therefore, Chromadex's failure to adequately warn the public as to the very real risks associated with their product, TruNiagen, resulted in plaintiff purchasing a product without having full disclosure and adequate warning as to the product's potential for nervous system damage, thereby resulting in debilitating damage and personal injury to plaintiff of a long-term nature.

43. Since the defective product, although used carefully for its intended purpose - health benefits - instead caused serious bodily injuries, medical emergencies, pain and suffering, and long-term continued medical struggles, described herein – Chromadex should be held liable for its overall negligence in the promotion of its ill-tested, inherently risky product.

44. Physicians' Records, Hospital Records, Emergency Room Treatment Records and Documentation of Clinical Symptoms - will be subsequently supplied

13

to support the diagnosis of Dysautonomia (damage to the Nervous System)

directly due to ingesting "TruNiagen".   (Paragraphs 47, 49, 50 describe the plaintiffs initial "introduction" to the product and its lack of adequate warning). (Within this particular Count, <u>Count lll</u>, <u>Strict Products Liability – Failure To Warn</u>", paragraphs <u>32-41</u> describe this inadequacy as well).


## **FACTS OF THE CASE**


45.   ---                               <u>Health Regimen</u>

- Organic, Vegetarian Diet, since early 20's
- Vitamins, Minerals, Omega 3's, etc., since teen years
- All Natural Bath Products - soaps etc.
- Extensive Sports, usually 5 times a week, since childhood
- Never smoked
- Occasional Red Wine or Organic Gluten-free Beer
- Totally Gluten-free in recent years
- Avoid All Preservatives and Artificial Ingredients, since childhood
- Avoid Radiation (limited X-rays, no mammograms, etc.)
- Avoid the Pharmaceutical Companies' Drugs as much as possible – never had any medical conditions, in the first place, warranting the use of drugs


46.   ---                               <u>Health History</u>

- Tonsillectomy - age 15

- Height and Weight – 5' 3 ½  and about 100 pounds

- Blood Pressure – usually within normal ranges (on the low side of normal)

14

- Diagnosis of Hashimoto's Thyroid Condition – 2007

- Treatment of thyroid condition –Bioidentical Thyroid Hormones, T3 and T4 combined together. Easily tolerated and effective for approximately 12 years, resulting in good health and normal thyroid blood test results. (At the present time, however, *any* stimulating substances, including thyroid supplementation, are not tolerated well at all - due to sudden nervous system damage – thereby resulting in the inability to take a dose adequate enough to normalize thyroid TSH levels when tested).

- Cholesterol – usually very low throughout entire life -  until recent times when a sudden elevation occurred, due to the sudden inability to take adequate thyroid hormones, due to sudden nervous system damage. (Inadequate thyroid supplementation can often cause cholesterol to rise). However, cholesterol was never excessively high, even in recent times, even in spite of the nervous system damage in recent years, and is now under control by natural means; yet it is a surprise, since cholesterol levels had always been perfect, until the health crisis.

*Until very recent years - there have been no other medical conditions to note. Current health status is described in detail below.

<u>Advertisements for Niagen</u>
<u>Claiming Benefits to Health</u>

47.  In the Spring of 2018, Chromadex Inc advertisements for their new supplement called "TruNiagen" began repeatedly appearing on my laptop computer, instantly upon connecting to the Internet. Niagen is a new form of Vitamin B3 which supposedly promotes overall health by boosting the body's NAD+ levels, and thereby maintaining or renewing the health of cells.

15

Chromadex's promotional campaign for Niagen was intense, as they admitted when I eventually called them to inquire about their product. I had been suddenly bombarded with ads.

48. (Nia*gen* is not to be confused with Nia*cin*, also a form of Vitamin B3).

49.  I did my research. It sounded like a good – and safe - product with innumerable health benefits. After talking to the company a couple of times, asking various questions, I unhesitatingly placed an order on the phone.

50.  I received my one month supply of Niagen, only a few days later. It was FDA approved and there were no warnings on the label as to any potential dangerous effects  – in fact, it appeared that Niagen was made especially for individuals like myself - interested in maintaining and renewing overall cell health by "natural" means – as well as made for the public at large. It appeared to be, in essence, a mere Vitamin.  A supposedly "new and powerful form" of a Vitamin, but still just a Vitamin, and one with supposedly very health-enhancing properties - on many levels.  Nothing to be suspicious of, as far as safety concerns.

<u>Electric Current after 8 Hours</u>

51. I took my first dose of Niagen upon receiving it. Approximately 8 hours

16

later, in the mid-evening, what felt like an "electric current", or mild vibration, began pulsating through my body. It was of rather low intensity, but clearly noticeable, and lasted about 45 minutes. That may sound "scary", but actually it was not. It was not at all intense, and I felt absolutely fine otherwise. I assumed it was the Niagen causing the effect since I had just ingested it for the first time earlier in the day - and had not added anything else to my diet or health regimen at that time. I even thought that the Niagen is actually having an "effect", even right away, so its health-promoting claims must be legitimate". (There had been some rumors that the promotion of this supplement was probably a "scam" with no physical effects and with no health benefits - so this noticeable, yet gentle "current" experienced the same day that Niagen was began, seemed to show otherwise). I did wonder, at the time, how long this "sensation" was going to last, however, and was relieved that it stopped within the hour. I certainly did not want it to go on and on, because even though it was not uncomfortable, it was not something I had ever experienced before, so it was obviously not quite "business as usual" within my "metabolism" anymore.

52. I had no other effects whatsoever for 2 ½ weeks, until mid-Spring. I felt fine in every way, without the slightest indication that anything was amiss or

17

might be "brewing". I did my usual routine, which was incredibly busy, consisting of: number one – a life-long pursuit of animal welfare projects in its various capacities, working on oil painting and photography projects, gardening, ballet barre, ice skating a few times a week, and continuing to (try) to surf properly. And of course - preparing healthy meals and doing the usual household chores.

53. Through all of this I did not feel so much as a twinge of "trouble" brewing or have even a moment of "concern" for my health. I almost began to think that Niagen had absolutely no effect of any kind - positive or negative – but then realized that any "health benefits" would probably not manifest in only a couple of weeks.

<u>First Signs of Serious Trouble</u>

54. In the morning of the very first health crisis which surfaced later in the day, a few weeks after beginning Niagen – I woke up feeling wonderful. Later that particular day though… my heart started racing. It seemed concerning, but not overly concerning - at least at first. But then… it wouldn't stop racing. Even after sitting down without moving a muscle. It wasn't long after that, that I knew I was in serious trouble. And this time it was terribly frightening. If I simply moved my arm, the racing would increase. I *literally could not move a muscle* without

18

fearing for my life. It took at least an hour for it to subside. I had never

experienced anything like that in my entire life, and I had never had any sort of

abnormal heart-beats of any kind, at any time, ever.

55. Of course, it was easy to assume it was the Niagen causing this wild and

sudden increase in pulse rate, since I had just started this new supplement in very

recent times and Niagen was considered a substance that had some degree of a

boost to metabolism.  This however, was certainly not a mild stimulation, by any

means.

56. I had no other change in my health regimen or daily routine, whatsoever

at that time, which could have caused this extremely sudden and clearly

dangerously stimulating effect on my metabolism.

57. (I had a decent energy level to begin with, so did not need any more,
certainly *not this much more*. I took this supplement for its supposed *overall*
health benefits, not necessarily for any energy enhancement. Certainly *not* the
unsafe sudden surplus of energy that resulted).

58. Later that evening, I felt almost normal physically again, and very

relieved that whatever had happened seemed truly *over*. It felt like I had dodged

a bullet. I was somewhat dazed, and still recuperating from being so physically

and emotionally shook up, but ultimately very relieved. I truly, at that particular

19

point in time, *had absolutely no idea what had actually happened,* or why.

59. I told my brother, who was staying at my house, the whole story, and he was very surprised since he knew nothing like this had ever happened to me before - and it seemed so very out-of-the-blue.

60. I did not know it at the time, but this was just the beginning: there were to be *years* of serious health repercussions from what turned out to be a very suddenly damaged nervous system – resulting in several emergencies requiring hospital visits, 6 months of being a virtual invalid – and serious struggles with the effects of Autonomic Nervous System Damage *to this day*.

61. - One day - I was absolutely fine in every way - and the next - my whole metabolism – and life – drastically and dramatically changed, and for the worse.

## April 28, 2018
## Disaster

62. Upon awakening the day after this very first – and apparently – at the time – quite inexplicable and unprecedented "episode" – I felt, once again, very relieved - and *very lucky* - to be alive and well, after the very puzzling and life-threatening "scare" of just the day before – and quite ready, as well, to engage, full-force, in life again - - but I was to be in for a very rude awakening.

20

63. This is what happened:

64. On April 28, 2018, I awoke feeling completely fine in all ways. After engaging in my regular routines, I had my usual cup of organic coffee, made with Spring Water, and a little organic milk. Nothing else. I have never been a breakfast person.

65. Very shortly thereafter, I jumped in the shower – and about 15 minutes into the shower, (and about 30 minutes after the "caffeine"), not only did my heart start racing, (as the day before), but I felt sensations that seemed like pre-seizure feelings. I have never had a seizure, but that is the only way to describe this "never-before-felt" absolutely horrible and terrifying "sensation" - along with feeling generally dizzy - and as if a loss of consciousness was imminent. However, at that particular time, the heart racing, with the frightening feelings accompanying it, seemed to predominate.

66. I immediately and carefully, came out to the living room, and called to my brother for help. (These "episodes" come on very quickly, and leave no doubt that one is in danger). Without hesitation, I told him to call 911. It felt like my life was in definite peril.

67. I was in too much turmoil to clearly gage his reaction; he had never seen me like this before and had no idea what was happening, but he later said he was absolutely shocked, and clueless, as to what was going on. He knew that I had never had to have an ambulance called for me in my entire life. Nor had I ever been hospitalized since I was 15, and had my tonsils out. I was in good shape; a healthy weight for my height and small frame, a vegetarian for decades who only eats organic food, and gets a great amount of exercise - swimming in the ocean, ballet a couple of times a week and ice skating even more. Not exactly the description of a person about to need an ambulance in the *middle of a shower*. Or need emergency room treatment *because of a routine cup of coffee*.

68. I counted the minutes till the ambulance arrived – not moving a muscle. It literally felt like I was on the very edge of a cliff and the slightest movement could push me over the edge, resulting in death. When the paramedics arrived, I warned them that it felt like I could have a seizure and/or my heart would race even more out of control  than it was - if they "moved" me even very gently – since it felt like I was hanging onto life itself, by a mere thread, which could be broken if moved even slightly. Yet somehow the paramedics carefully got the job done.

22

69. Someone put "smelling salts" in my face – which made it worse. I told them that I definitely didn't need anything stimulating; I had enough stimulation going on within me already. Even simply "speaking" seemed to escalate the quickening pulse rate, so I could barely talk, without endangering myself even more.

70. While in the ambulance I asked for more air conditioning, since warm temperatures clearly threatened to push me over the edge – in spite of the fact that I can usually tolerate heat very well. Even the Florida heat in Summer does not bother me at all; instead it has always been cold temperatures that seem to go right through me, much more so than others.

71. I did not know it at the time, but my whole metabolism and "tolerances" – were about to become suddenly reversed.

72. When I arrived at the hospital, I told the hospital personnel that the emergency situation started while in the shower, after a cup of coffee beforehand, and they remarked that they could see that I still had my wet bath towel around me.

73. They gave me Ativan fairly quickly, which slows metabolism – and within a short time, everything went back to normal. Being a person who is very health

23

conscious and tries to ingest only "pure" substances, I stay away from the Drug

Companies' Drugs – but I have no doubt Ativan truly saved my life, and rescued

me from terrifying physical sensations, and in a relatively short amount of time.

So I have to give credit where credit is due - to the hospital staff - who knew

exactly what to do, and relieved me from the immensely frightening sensation of

being on the edge of a cliff where I could go over the edge at any second and

actually die - if I moved even a fraction of an inch - or even took a deep breath.

74. The hospital wanted to do more tests and monitor my condition, so

admitted me to a private room for a couple of days. Even though the immediate

emergency had subsided thanks to their quick and perfect intervention – there

was still no doubt that I needed more care and evaluation. Therefore, Blood

Tests, a Heart Ultrasound, a Heart-Stress Test, Chest X-rays, and a continuous EKG

monitoring for the entire weekend, were ordered. I normally avoid X-rays, but

this unprecedented and terrifying crisis certainly warranted an exception, so the

X-rays were done. I was not thrilled to later find out that another test – the

"Heart-Stress-Test" - involved pumping radiation through ones veins – enabling

the medical personnel to "see" more clearly while evaluating the test. But at

least my test results came out very good.

24

75. Luckily, nothing seemed very amiss, even my Heart Tests. The EKG was, however, "atypical" for a couple of days of monitoring, but that was not very surprising after what I had just been through - and I was told the other Heart Tests looked fine. So I was actually very relieved to find that this suddenly "racing" heart - was actually in good shape.

76. The doctors advised me to stop taking any thyroid meds - *temporarily* – since they are inherently stimulating - *until things calmed down*. So, of course I suspended my prescription thyroid hormones immediately, until things stabilized. I do have a Diagnosed Thyroid Condition - so I couldn't suspend thyroid supplementation for *too* long - but it was clear I had to stop taking anything too stimulating - until my metabolism slowed down to normal.

77. Surprisingly, (after the initial emergency room crisis), I actually felt physically well and emotionally calm while actually in the hospital - thanks to the continuation of Ativan, and thanks to the very healthy vegetarian meals and exceptionally excellent care from the hospital staff.

78. Once again, I thought my sudden problems were (almost) solved. I assumed that I had to simply wait a few days, or at most a couple of weeks, for the apparently stimulating effect of Niagen to "get out of my system", as well as

to take a break from thyroid meds until it did – and then everything would become normal once again.

79. Little did I suspect, at the time, that *actual damage* to the nervous system had taken place – that Niagen directly damaged my Autonomic Nervous System. Therefore, simply waiting for the Niagen to leave my system - was not going to work - in relieving these "episodes" of intense physical distress. The damage had been done.

80. As if all of this was not enough of a health crisis by itself, unfortunately Autonomic Nervous System Damage can cause, or directly lead to - *other* serious medical conditions - as well as take years, if ever, to heal.

81. To sum up – and to make what has turned out be a very long story – somewhat short – noticeable  effects of Autonomic Nervous System damage persist to this day, even years after the initial onset of the crisis described above.

### What Life was like… in The Years Following "Niagen"

82. A relatively brief chronology of the years of noticeable struggle following the initial health crisis are as follows:

83. The first 6 months or so, were sheer agony, where I could not even fry

26

an egg, water plants, or even brush teeth - without the strong possibility of either frightening heart racing and/or extreme dizziness, especially so in the very first 3 months. When one of these "episodes" came on, which was always very quickly – sometimes during some sort of physical "exertion" - or sometimes when my prescription thyroid hormones "peaked" (4-6 hours after a dose) - I often could not move a muscle without these life-threatening sensations. At this time, the extreme dizziness, and the feeling that I was about to *quickly* lose consciousness, began to over-ride any concurrent heart-racing.

84. *Any* stimulating substance could bring on these episodes - even a half a cup of tea. This would result in the urgent need to take an Ativan to curtail the symptoms, and then the need to recuperate from the trauma of the truly frightening crisis, usually by retreating to bed. (I did not immediately realize I could not tolerate even a small amount of caffeine anymore – since I had drank one cup of coffee a day, without any problems, since adolescence).

85. My brother was my care-giver during the first half-year after the initial crisis began. I was pretty much bed-ridden much of the time. There were several I times when my brother would be out grocery shopping and I would have to call him and ask him to come home quickly because these frightening "sensations"

27

had begun again, and I did not want to be alone, at least until the Ativan kicked in, which usually took about 25 minutes, on an empty stomach. (And it would be a *long* 25 minutes – where I would be fearing for my life during every minute). Since there was always the chance that this "relaxant" would not kick in – "*in time*" – there was always the possibility of another emergency room visit looming over our heads. Therefore, he made sure that he never left the house for very long, at that unprecedented time in both our lives.

86. Around the 6 month mark, (after the first emergencies began), there was somewhat of an improvement, but things were still very precarious. If I was feeling fairly stable, I would therefore sometimes attempt to go to a nearby store by myself for a few groceries; however, this did not always work out very well. Sometimes, usually towards the end of any given excursion, however brief, the same emergencies experienced at the onset of this crisis might start to surface. I would have to alert the store's cashier that I was not feeling well, without being too specific, and needed water. At which point, I would take an Ativan, and hope that I could make it to the car without things getting worse – and then wait for it to take effect before driving. I learned to always carry bottled water with me. Or to take an Ativan *before* going anywhere, even if on only brief, local outings. To

28

be safe, I simply did not leave my property very often, during this unprecedented time in my life.

87. In other words, I was for the most part, an invalid for about half a year, bedridden for the first 3 months. I took Ativan only if in an emergency, or occasionally before an excursion that *might cause* an emergency. I did this very sparingly, since in most cases, medication does more harm than good, over time.

88. After about 6 months or so – and after taking a lot of Vitamins and Herbs reputed to (eventually and <u>hopefully</u>) heal Autonomic Nervous System Damage – there were a few more steps forward. Nothing earthshaking, but I became able to *slowly* and *carefully* take over some of the jobs my brother had been doing for me – like watering my plants. I became able to feed the pets again. (As long as I was very careful and "mindful" of my every move, and as long as I took rather lengthy breaks during any of these minimal physical "exertions").

89. In other words, I was valiantly attempting to push forward, and attempting to make some progress, but things were still very "touch and go", and I was nowhere near my usual self.

90. After about <u>*2 years*</u>, I was actually able to have a *half a cup* of tea – without an emergency occurring.

91. After about 3 years, I could have a *whole* cup of tea without an emergency room visit.

92. Yet, these subsequent years, after the Niagen, though somewhat improved from the *absolute invalid stage* - were not without any subsequent emergency room visits – and an essentially very disrupted life.

### Sudden Thyroid Supplement Intolerance

93. Finally, one of the most serious results of very sudden Nervous System Damage was the impact it had on my ability (or lack thereof) to take Prescription Thyroid Hormones - in the same safe and effective doses which had served me so well for so long.

94. Immediately after damage to my nervous system, I could suddenly – literally overnight - no longer take *any* Thyroid Meds - of *any* kind - for 5 whole weeks – and thereafter, I could only handle a *fraction* of the Thyroid Hormones I had been taking so very easily for 12 years. It is not just that I perhaps needed a somewhat reduced dose from the usual; I could not tolerate even a *mere* 1/10th of the usual dose, without a medical emergency occurring.

95. I have often repeated that this truly wild change in my metabolism occurred literally over-night. And it did. One day, I could take the usual dose, and

30

the next, I could not – without severe consequences – even if the dose was

greatly reduced.

96. Since the thyroid gland, and therefore, thyroid hormones, are critical to

one's health, *critical to one's very life*, the only thing I could do in such precarious

circumstances - was to take broken up "crumbs" of the tablets, to at least give

my body *some* of what it greatly needed, in order to enable me to function to

some degree, and to prevent a "myxedema" coma from developing. (Doctors

warned of this very genuine possibility occurring, due to highly abnormal test

results).

97. Only after a year or so, after the initial crisis began, was I able to slightly

increase the very inadequate dose of the thyroid hormones, T3 and T4,  yet

still not enough to bring TSH levels even close to the normal range.

98. Therefore, as it stands now, damage to the Autonomic Nervous System

still prevents an adequate dose of Thyroid Meds to be tolerated, thereby resulting

in, as yet, very abnormal TSH levels - and clinical symptoms still show nervous

system damage - even after all this time.

99. It is important to emphasize that "untreated" hypothyroidism can lead

to the development of serious medical conditions. This particular thyroid

31

condition, though not completely "untreated", is certainly not considered adequately treated, since the nervous system damage which has taken place simply does not allow an adequate dose of Thyroid Hormones to be taken, without severe consequences.  As mentioned, an adequate dose of the Thyroid Hormones, T3/T4, *was very easily tolerated for a very long time* - resulting in *normal tests and very good health* – until only shortly after starting Niagen, when everything abruptly changed literally over-night.

100. In spite of the overall effects of the damage having been disastrous – somehow - quite miraculously - my body has found a way to "compensate", at least to some degree, through this ordeal. From extensive research, I have learned that the human body is so tuned to survival, that it possesses healing mechanisms that can keep us alive and functioning, in seemingly impossible circumstances. Some organs, for instance, can compensate for others that have been compromised. And so there has been some degree of healing, over the years – from my own body's innate healing mechanisms, from certain Vitamins and Herbs reputed to help heal nervous system damage over the course of time – and from my very strong will to overcome all of this, and to live a long, fruitful and healthy life.                                 32

**UNSETTLING REVIEWS OF NIAGEN**
**AND ALLEGED REPORTS OF CHROMADEX INC**
**MANIPULATING THE REMOVAL OF CONSUMERS' NEGATIVE REVIEWS**

Negative Niagen Reviews
from Verified Purchasers of TruNiagen

101. *Verified* purchasers of Niagen - both those perfectly healthy as well as those with autoimmune conditions - have experienced various distressing physical symptoms of varying magnitude - just after beginning the product -  with no other changes or additions to their health regimen at the time that could have contributed to the serious symptoms experienced. (Negative Reviews of Niagen and Consumers' "experiences" with the Company attempting to remove negative comments are available).

102. As a result, many individuals suddenly afflicted with alarming physical symptoms shortly after beginning Niagen began writing "negative reviews" of the often very negative impacts upon their health.  Even those without autoimmune conditions – or without *any* medical conditions - have reported – and written about - very serious side-effects shortly after beginning Chromadex's "Tru Niagen" – usually involving heart issues.

103. Abnormal heart palpitations, racing heart-beats, irregular heart-beats,

33

"hard-heart-pounding", sudden shortness of breath - or even "transient" strokes, sometimes requiring medical intervention – were described. In all cases, there had been no other changes in diet and no other supplements added at the same time that Niagen was added to these individual's health regimen - that could have been the cause of the sudden and abnormal side-effects. Symptoms would begin shortly after beginning Niagen, usually within a few days to a few weeks – with symptoms usually subsiding within a few days to a couple weeks – after discontinuing TruNiagen.

### Risk of Cancer

104. There was also no warning, at the time of the product's promotion, that the supplement had the potential to cause cancer, even though it did indeed have that potential. It appears that the policy to fail to warn consumers of this particular risk has since been changed, and there is now supposedly a warning on the bottle.

105. (One Consumer/Reviewer wrote that when he received his several bottles of Niagen and saw the "belated" cancer warning, he not only immediately returned the product, but also strongly urged everyone else who had also purchased Niagen and was reading his "review" - to do likewise).

<u>Shady Policy</u>
<u>Chromadex Offering Refunds to Consumers to Remove Negative Reviews</u>

106. Several Verified Consumers of Niagen who wrote very negative reviews of the product have suggested that Chromadex appears to be a rather "shady" company due to the fact that when these Consumers had written negative reviews of this supplement, Chromadex thereafter contacted some of the Reviewer(s) of their product, offering a refund of the purchase price of the supplement – _if_ the Consumer of Niagen would remove their negative review(s). Not exactly a fair exchange if a Consumer had been harmed, whether to a greater or lesser degree, by consuming TruNiagen. Obviously a Consumer would not take the time to write a very negative review of their experience, unless something went very wrong.

<u>Profit Over Safety</u>

107. Clearly, Chromadex was, and still is, exercising "damage control" by paying certain Consumers to remove their negative reviews from the Internet, while continuing to reap profits from their quite questionable product. There appears to be too much profit at stake for Chromadex to simply issue fair warnings – and to stop using Consumers as mice. The unauthorized "tests" on

35

unsuspecting Consumers have already proven Niagen to sometimes cause dangerous symptoms, usually heart abnormalities, as previously mentioned – even in those with otherwise healthy hearts.

108. Chromadex appears to be *focusing* on *silencing* negative reviews, in order to keep the profit flowing – *not focusing* on protecting the health of those interested in trying the product. Simply giving fair and complete warnings – as well as *not* attempting to remove negative reviews that might enlighten individuals as to the definite, and even dangerous risks involved – would be the ethical and humane policy to implement.

109. The Company should certainly not have put an insufficiently tested brand new supplement on the market, with insufficient warnings on the label, while using unsuspecting customers as the True Guinea Pigs.

110. If Chromadex had had an ethical policy in the first place - by simply keeping TruNiagen off the market before it was truly "ready", before it was sufficiently tested - instead of a policy to embark upon a Massive Nationwide Promotional Campaign - that *emphasized* supposed benefits, while *downplaying* genuine risks - Plaintiff's needless physical and emotional suffering, and financial loss as a result – would not have taken place.

36

## CONCLUSION

111.  Product manufacturers are required by law to make safe products.

112.  ChromaDex owed Plaintiff a Duty of Care, and blatantly breached that duty, clearly failing to uphold their end of the transaction. The failure to uphold their duty is the direct cause of Plaintiff's very substantial and prolonged injury(s), as detailed herein, and further demonstrated by subsequent medical records. This Company's practice falls noticeably below the general standards administered by companies to adequately warn consumers of potential risks, thereby eventually causing harm to a number of consumers.

113. The Company had motive for their negligent policies. Higher Profits.

114. First, to adequately test a new product for safety - especially one that is not considered "standard" by any means - costs a company significant funds. It is cheaper to experiment on the unsuspecting consumers, while neglecting to make it known within the descriptions of the product - that only very scanty testing had actually been conducted, and primarily only on mice -  and yet at the same time charge the consumers $30 to $40 dollars a month for their unknowing participation in the "experiment".

115.  Secondly, to neglect to properly warn consumers of potential dangers

37

certainly profits the company as well, because some consumers, even many,

often shy away from buying a supplement if they are warned it can cause cancer

or if they are warned it can be dangerous for those with certain conditions – or if

they are warned that it can even be risky for those whom are perfectly healthy,

depending upon the unique properties of the given supplement.

116.  Quite clearly, the fact that "TruNiagen" has been repeatedly shown to

cause heart abnormalities in some individuals - even in healthy individuals –

should be one of the clearly labeled warnings. Obviously though, warning

consumers of the potential dangers of a supplement can cost a company money –

by losing consumers who would otherwise purchase the product - if not properly

warned.

117. Therefore, Chromadex clearly profited immensely by their "Profit-

Inspired-Negligence" and Breach of Warranty, and at the very great expense of

countless consumers, including Plaintiff - and so should therefore be held

accountable for their misleading advertisements, insufficient testing, inadequate

warnings, and overall unsafe policies - that profited the company - while at the

same time endangered the health and lives and well-being, of very many

consumers, especially the Plaintiff in this action.

38

**PRAYER FOR RELIEF**

WHEREFORE, Plaintiff prays for compensatory damages for pain and

suffering, financial loss as well as the prolonged disruption and endangerment of

her life, and any other compensation this Honorable Court deems just and

proper.


DATED :  May 20, 2022                          Respectfully Submitted,


STATE OF FLORIDA
COUNTY OF *BREVARD*

The foregoing instrument was acknowledged before                Lynda Power, *Pro Se*
me this *20* day of *MAY*, 2022, by *LYNDA POWER*

*Notary Public's Signature*          *JESSICA DONOVAN*
*Notary Name*
Personally Known _____ OR
Type of Identification  Produced *FL DL*

NOTARY                                          Lynda Power
                                                298 Breakwater Street, S.E.
Jessica Donovan                                 Palm Bay, Florida   32909
COMMISSION # GG249484                           321-223-7169
EXPIRES: August 16, 2022
Bonded Thru Aaron Notary

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 20, 2022, I sent the foregoing document to

be filed with the Clerk of the Court by United States Certified Mail, postage

prepaid.

Lynda Power
298 Breakwater Street, S.E.
Palm Bay, Florida   32909
321-223-7169

40