UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

LYNDA POWER,

    Plaintiff,

v.                                                      Case No. 6:22-cv-747-RBD-LHP

CHROMADEX, INC.,

    Defendant.
_____

**ORDER**

Plaintiff filed a *pro se* Second Amended Complaint (Doc. 15 ("Complaint")) and moved to proceed *in forma pauperis*. (Doc. 2 ("Motion").) On referral, U.S. Magistrate Judge Leslie Hoffman Price entered a Report and Recommendation that the Court deny the Motion and dismiss the Complaint with prejudice for lack of jurisdiction and without leave to amend, as Plaintiff has had multiple opportunities to replead. (Doc. 16 ("R&R").) The parties did not timely object[1] and the deadline has passed, so the Court examines the R&R for clear error only. *See Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006). The district judge "may accept, reject, or modify, in whole or in part, the findings or

---

[1] Plaintiff objected to the R&R on August 22, 2022—past the fourteen-day deadline. (*See* Doc. 17); 28 U.S.C. § 636(b)(1). As Plaintiff provided no reason for her belated objection, the Court does not consider her arguments.

1

recommendations made by the magistrate judge." 28 U.S.C. § 636(b).

Judge Hoffman Price recommends that the Complaint be dismissed with prejudice for failure to establish subject matter jurisdiction. (*See* Doc. 16, pp. 8–10, 14.) The Court agrees the Complaint should be dismissed but "dismissal for lack of subject matter jurisdiction . . . is entered without prejudice." *Stalley v. Orlando Reg'l Healthcare Sys.*, 524 F.3d 1229, 1232 (11th Cir. 2008). So the Complaint is due to be dismissed without prejudice. The Court adopts the rest of Judge Hoffman Price's recommendations.

Accordingly, it is **ORDERED AND ADJUDGED**:

1. The R&R (Doc. 16) is **ADOPTED IN PART AND REJECTED IN PART:**

    a. The portion of the R&R in which Judge Hoffman Price recommends the Complaint be dismissed with prejudice is **REJECTED.**

    b. The R&R is otherwise **ADOPTED**.

2. Plaintiff's Motion (Doc. 2) is **DENIED**.

3. This case is **DISMISSED WITHOUT PREJUDICE** and without leave to amend.

4. The Clerk is **DIRECTED** to close the file.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on September 20, 2022.



ROY B. DALTON JR.
United States District Judge

Copies:
*Pro se* Plaintiff Lynda Power